THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Nathan Geremy Blackburn, Appellant.
 
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-216  
Submitted May 1, 2011  Filed May 17, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson,  Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor Kevin Scott Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM: Nathan
 Geremy Blackburn appeals his convictions for first-degree burglary and
 financial transaction card theft.  On appeal, Blackburn argues the trial court
 erred in admitting Blackburn's confession to  the crimes.  Specifically,
 Blackburn contends because the confession was taken out of context, it was
 confusing to the jury. Blackburn submitted a pro se brief.  After a thorough review of the record, counsel's brief,
 and Blackburn's pro se brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsel's
 motion to be relieved. 
APPEAL DISMISSED.
FEW, C.J., HUFF and
 THOMAS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.